# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Bonnie J. Rueber, | : | |
| Plaintiff, | : | Case No. 2:17-cv-00822 |
| v. | : | |
| Pilot Dogs, Inc., et al., | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Bonnie J. Rueber and Defendants Pilot Dogs, Inc. and John J. Gray that the above-entitled action be dismissed in its entirety with prejudice pursuant to Ohio Rule of Civil Procedure 41(A)(1)(b), without attorneys' fees or costs to any party, and waiving all rights of appeal.

**Dated:** October 16, 2017

| | |
|---|---|
| */s/ Jason E. Dawicke* | */s/ Angela M. Courtwright* |
| Dawicke Law, LLC | Angela M. Courtwright (0077785) |
| P.O. Box 21354 | ICE MILLER LLP |
| Columbus, Ohio  43221 | 250 West Street |
| Telephone: (614) 477-7301 | Columbus, Ohio 43215 |
| Facsimile:  888-858-3063 | Telephone: (614) 462-1084 |
| Email:  jdawicke@dawickelaw.com | Facsimile: (614) 221-3218 |
| *Counsel for Plaintiff Bonnie E. Rueber* | Email:  angela.courtwright@icemiller.com |
| | *Counsel for Defendants Pilot Dogs, Inc. and John J. Gray* |

CO\5654802.1